UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                            Civil Action
                                                                            No: <u>1:19-12608-WGY</u>

MURRAY
Plaintiff

v.

GROCERY DELIVERY E-SERVICES USA INC.
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

       After a ruling on April 22, 2020, this Court Orders that Defendant's Motion to Compel Arbitration is denied and the above entitled action be and hereby is Dismissed

                                                      Robert M. Farrell
                                                      Clerk


                                           By:   <u>/s/ Jennifer Gaudet</u>
                                                                Deputy Clerk

April 22, 2020