UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **1:19-12608-WGY**

**MURRAY**
**Plaintiff**

v.

**GROCERY DELIVERY E-SERVICES USA INC.**
**Defendant**

**ORDER**

**YOUNG, D.J.**

After a hearing held on April 22, 2020, this Court enters an order denying motion to compel arbitration (#9).

By the Court,

  /s/ Jennifer Gaudet
**Deputy Clerk**

**April 22, 2020**

**To: All Counsel**