1HE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACE MURRAY, AMANDA ENGEN, STEPHEN BAUER, JEANNE TIPPETT, ROBIN TUBESING, NIKOLE SIMECEK, MICHELLE MCOSKER, JACQUELINE GROFF, and HEATHER HALL, on behalf of themselves and others similarly situated, | : : : : : : |
| Plaintiffs, | : Case No. 1:19-cv-12608-WGY : : |
| v. | : |
| GROCERY DELIVERY E-SERVICES USA INC. DBA HELLO FRESH | |
| Defendant. | |

### NOTICE OF MOTION AND MOTION FOR A SERVICE AWARD FOR CLASS REPRESENTATIVES AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

Plaintiffs by and through their counsel, hereby move this Court to grant their Motion for a Service Award for Class Representatives and For an Award of Attorneys' Fees and Expenses.

NOTICE IS HEREBY GIVEN that at 2:00 p.m. Eastern Time, on May 11, 2021, Plaintiffs' counsel shall appear before the Honorable William G. Young, United States District Judge for the District of Massachusetts, or any judge sitting in his stead, in the U.S. Courthouse, in Massachusetts, and shall then and there present Plaintiffs' Motion for Award of Attorney's Fees and supporting materials, copies of which are hereby served upon you via ECF notice.

Dated: March 8, 2021                              Plaintiffs by their attorneys,

/s/ Stacey P. Slaughter
Stacey P. Slaughter (*pro hac vice*)
Brenda L. Joly (MA657255; MN386791)
ROBINS KAPLAN LLP
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
sslaughter@robinskaplan.com
bjoly@robinskaplan.com

PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

TURKE & STRAUSS LLP
Samuel J. Strauss (*pro hac vice*)
613 Williamson Street, Suite 100
Madison, WI 53703
(608) 237-1775
Sam@turkestrauss.com

*Attorneys for Plaintiffs and proposed class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, a true copy of the above document was served upon each attorney of record for each other party and with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

/s/Brenda L. Joly
Brenda L. Joly

91380609.1