# EXHIBIT U



FEDERAL TRADE COMMISSION

# Consumer Information

consumer.ftc.gov

# Cell Phones and The Do Not Call Registry

**Despite viral email, there is no new cell phone database.**

Consumers may place their cell phone number on the National Do Not Call Registry (/articles/0108-national-do-not-call-registry) to notify marketers that they don't want to get unsolicited telemarketing calls.

The truth about cell phones and the Do Not Call Registry is:

- The government is **not** releasing cell phone numbers to telemarketers.
- There is **no** deadline for registering a cell phone number on the Do Not Call Registry.
- Federal Communications Commission (FCC) regulations prohibit telemarketers from using automated dialers to call cell phone numbers without prior consent. Automated dialers are standard in the industry, so most telemarketers are barred from calling consumers' cell phones without their consent.
- There is only **one** Do Not Call Registry, operated by the Federal Trade Commission (FTC), with information available at **donotcall.gov** (https://www.donotcall.gov). There is no separate registry for cell phones.
- The Do Not Call Registry accepts registrations from both cell phones and land lines. To register by telephone, call **1-888-382-1222** (TTY: 1-866-290-4236). You must call from the phone number that you want to register. To register online (**donotcall.gov** (https://www.donotcall.gov)), you will have to respond to a confirmation email.
- If you have registered a mobile or other telephone number already, you don't need to re-register. Once registered, a telephone number stays on the Do Not Call Registry until the registration is canceled or service for the number is discontinued.

February 2013

## Related Items

- The Telemarketing Sales Rule (https://www.consumer.ftc.gov/articles/0198-telemarketing-sales-rule)
- National Do Not Call Registry (https://www.consumer.ftc.gov/articles/0108-national-do-not-call-registry)
- Phone Scams (https://www.consumer.ftc.gov/articles/0076-phone-scams)