# United States Court of Appeals
## For the First Circuit

No. 21-1931

GRACE MURRAY; AMANDA ENGEN; STEPHEN BAUER; JEANNE TIPPETT; ROBIN TUBESING; NIKOLE SIMECEK; MICHELLE MCOSKER; JACQUELINE GROFF; HEATHER HALL, on behalf of themselves and others similarly situated,

Plaintiffs - Appellees,

v.

GROCERY DELIVERY E-SERVICES USA INC., d/b/a HelloFresh,

Defendant - Appellee,

SARAH MCDONALD,

Objector - Appellant.

### TAXATION OF COSTS

Entered: January 26, 2023
Pursuant to 1st Cir. R. 27(d)

Costs in favor of Appellant Sarah McDonald are taxed as follows:

| | |
|---|---:|
| Reproduction of brief | $ 112.50 |
| Reproduction of appendix | $ 196.00 |
| Reproduction of reply brief | $ 70.20 |
| Docket Fee | $ 500.00 |
| **TOTAL** | **$ 878.70** |

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Anthony Paronich
Brenda L. Joly
Samuel J. Strauss
Stacey Slaughter
Marcus A. Guith
William T. Harrington
Lisa Marie Lewis
Karin Dougan Vogel
Shannon Z. Petersen
Lisa Yun Pruitt
C. Benjamin Nutley
Eric Alan Isaacson
Keith Head